VIRGIL A. STEWART, Respondent, v. JOHN TRONSTAD, Doing Business under the Trade Name of the " PLYMOUTH GARAGE," Appellant.— The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper and Lazansky, JJ.

VILLAGE OF SPRING VALLEY, Appellant, v. ERIE RAILROAD COMPANY, Respondent, and Another, Defendant.— On reargument, judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

ANDREW ZYGMAN, Respondent, v. ALFRED HOWARD RENSHAW, Appellant.— On reargument, order denying defendant's motion to set aside verdict unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

JOHN E. ANDERSON, Respondent, v. FIFTH AVENUE COACH COMPANY and ROBERT STITES, Appellants.— Motion for stay granted. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

MARGARET ANDERSON, an Infant, etc., by JOHN E. ANDERSON, Her Guardian ad Litem, Respondent, v. FIFTH AVENUE COACH COMPANY and ROBERT STITES, Appellants.— Motion for stay granted. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

ALBERT K. BUHL, Respondent, v. JEROME F. COLLINS and Others, Appellants.— Motion for stay granted. The time to answer will be considered upon the disposition of the appeal. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

LOUISE G. CLARKSON, Respondent, v. HAROLD KRIEGER, Appellant. LIBBY KUHNBERG and LOYAL ESTATES Co., INC., Defendants.— Motion for stay of examination before trial denied. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

SIMON GOLDMAN and WILLIAM GOLDMAN, Copartners, etc., Respondents, v. LOUIS EINSTEIN and NANCY EINSTEIN, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

In the Matter of the Application of ALICE DOWD for Payment of Award, etc. Broadway and Campbell Avenue, West Brighton, Borough of Richmond, City of New York.— Motion to direct chamberlain to pay award granted. Order signed. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

In the Matter of the Application of JOSEPH C. McLAUGHLIN for Payment of Awards, etc. Academy Place, Yetman Avenue, Arlington Avenue and Manhattan · Street, Tottenville, Borough of Richmond, etc.— Motion for payment of awards granted, upon condition that the consent of the corporation counsel to the order, as to form, be filed. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.